# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHELLE LYNN RANDALLS,<br><br>Defendant. | CASE NO. 12cr2982-BEN<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_\_\_\_ the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_\_ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

__X__ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offenses as charged in the Indictment:

__8 USC 1324(a)(2)(B)(ii) and 18 USC 2; 8 USC 1324(a)(2)(B)(iii)__

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: February 14, 2013

Hon. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE